O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Mayorales-Valle, Maria Del Rocio <br> Defendant. | Case No.: SACR08-152-DOC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backyard, cmty ties unknown due to failure to interview; bail resources unknown; illegal immigration status.___

1 _recent FTA; assoc w/multiple personal identifiers_

2 _____

3 and/or

4 B.   ( ) The defendant has not met his/her burden of establishing by clear and

5 convincing evidence that he/she is not likely to pose a danger to the safety of any

6 other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7 finding is based on _____

8 _____

9 _____

10 _____

11 _____

12

13   IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED:  3/20/14

17                                                                                    ROBERT N. BLOCK
                                                                                     UNITED STATES MAGISTRATE JUDGE